AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF MISSOURI

FILED

JUN 27 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| United States of America<br>v.<br>JAMES FLANNEL<br><br>*Defendant(s)* | )<br>)<br>) Case No. 4:18 MJ 1206 JMB<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of JUNE 25, 2018 in the county of ST. LOUIS in the Eastern District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:922(g) | Felon in possession of ammunition |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

Special Agent Mark Wynn, ATF

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/27/2018

*Judge's signature*

City and state: St. Louis, Missouri

Honorable John M. Bodenhausen, U.S. Magistrate Judge

*Printed name and title*