UNITED STATES DISTRICT COURT  SUPPRESSED
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) 4:18CR590 ERW/JMB |
| JAMES FLANNEL, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 25, 2018, in Saint Louis County, within the Eastern District of Missouri,

**JAMES FLANNEL,**

the defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly and intentionally possess ammunition which previously traveled in interstate or foreign commerce prior to being in the defendant's possession.

In violation of Title 18, Untied States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
THOMAS REA, #53245MO
Assistant United States Attorney