UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:18 CR 590 ERW (JMB) |
| JAMES FLANNEL, | ) ) ) | |
| Defendants. | ) | |

**UNITED STATES OF AMERICA'S
NOTICE OF CAPITAL CRIMES REVIEW STATUS
AND DIRECTIVE NOT TO SEEK THE DEATH PENALTY**

COMES NOW the United States of America and respectfully informs this Court that, on or about June 6, 2019, the United States Attorney General directed the United States Attorney's Office for the Eastern District of Missouri to <u>not</u> seek the death penalty against the defendant in the above-styled matter.

      Respectfully submitted,

      JEFFREY B. JENSEN
      United States Attorney

      /s/ Thomas Rea
      THOMAS REA, #53245MO
      Assistant United States Attorneys
      111 South Tenth Street, 20th Floor
      Saint Louis, Missouri 63102
      (314) 539-2200

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

      /s/ Thomas Rea
      THOMAS REA